IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ASKEW**                                                                                         **PLAINTIFF**

v.                                          CASE NO. 4:22-CV-01004-BSM

**CHERYLE ASKEW,** *et al.*                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE